IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA A. REDDEN,<br><br>             Plaintiff,<br><br>    v.<br><br>THE WOMEN'S CENTER OF SAN JOAQUIN COUNTY, et al.,<br><br>             Defendants._____/ | No. C 05-03099 CRB<br><br>**ORDER** |

The Court is in receipt of plaintiff's motion to reconsider the Court's order vacating the Case Management Conference. The Court will hold a Case Management Conference after it rules on defendants' motion to dismiss. In the Court's experience, such Conferences are not useful if they are held before the Court rules on the sufficiency of the allegations of the complaint. Plaintiff is also advised that defendants' motion to dismiss satisfies their obligation to respond to the complaint at this time.

**IT IS SO ORDERED.**

Dated: November 15, 2005

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\3099\orderrecmc.wpd